**MCGUIREWOODS LLP**
Anthony Q. Le (SBN# 300660)
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922

Attorneys for Defendant
Bank of America, N.A.

**SAGARIA LAW, P.C.**
Scott J. Sagaria (SBN# 217981)
Elliot W. Gale (SBN# 263326)
Joe B. Angelo (SBN# 268542)
Scott M. Johnson (SBN# 287182)
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone: 408.279.2288
Facsimile: 408.279.2299

Attorneys for Plaintiff
Mario Wilson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Mario Wilson,<br><br>        Plaintiff,<br><br>  v.<br><br>Equifax, Inc.; Bank of America, N.A.; and DOES 1 through 100 inclusive,<br><br>        Defendants. | Case No. 2:17-cv-02510-KJM-AC<br><br>**FOURTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT PURSUANT TO L.R. 144(a); ORDER**<br><br>Complaint Filed: November 29, 2017<br><br>Honorable Kimberly J. Mueller<br><br>Current Response Deadline: 3/23/2018<br>New Response Deadline: 4/13/2018 |

| | |
|---|---|
| 1 | This Stipulation is made by and between Plaintiff Mario Wilson ("Plaintiff") and |
| 2 | Defendant Bank of America, N.A. ("BANA") through their respective counsel and in light of the |
| 3 | following facts: |

## RECITALS

WHEREAS; on November 29, 2017, Plaintiff filed this action against BANA, and a summons was issued by the Court;

WHEREAS; BANA was served a copy of the Complaint and Summons on December 29, 2017;

WHEREAS; on March 1, 2018, the Parties filed a third joint stipulation for extension of time for BANA to respond to the Complaint by twenty-one days;

WHEREAS; BANA's current deadline to respond to the Complaint is presently March 23, 2018;

WHEREAS; BANA and Plaintiff have engaged in good-faith settlement discussions, have engaged in informal discovery, and believe that we are very close to a settlement.

WHEREAS; BANA and Plaintiff agree that continued settlement discussions will likely result in resolution of the case without wasting the Court and the Parties' time and resources;

WHEREAS; BANA, through counsel, has requested a twenty-one (21) day extension of time within which to respond to the Complaint and Plaintiff, through counsel, has agreed to this request.

## STIPULATION

THEREFORE, the parties agree through their respective attorneys to the following:

1. BANA's time to file a responsive pleading in this action shall be extended by twenty-one days up to and including April 13, 2018.

2. This is the fourth extension of time to respond for BANA.

3. This extension will not affect any other deadline in this case.

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

All other signatories listed, and on whose behalf the filing is submitted, concur in the filings content and have authorized the filing.

DATED: March 22, 2018 **MCGUIREWOODS LLP**

By: /s/ *Anthony Q. Le*
Anthony Q. Le

Attorneys for Defendant
Bank of America, N.A.

DATED: March 22, 2018 **SAGARIA LAW LLP**

By: */s/ Elliot Gale (with permission*)
Elliot Gale

Attorneys for Plaintiff
Mario Wilson

**ORDER**

This Court, having received and reviewed the stipulation of the parties referenced immediately above, and finding good cause therefore, hereby enters the stipulation as the order of the Court. Accordingly,

(1) Defendant Bank of America, N.A.'s time to file a responsive pleading in this action shall be extended by twenty-one days up to and including April 13, 2018.

(2) This is the fourth extension of time to respond for BANA.

(3) This extension will not affect any other deadline in this case, including that set for the filing of a joint status report. *See* ECF No. 14.

(4) This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

(5) The Status (Pretrial Scheduling) Conference set for **April 26, 2018** at 2:30 p.m. is maintained, and the court considers that date firm.

**IT IS SO ORDERED.**

DATED: April 3, 2018.

_____
UNITED STATES DISTRICT JUDGE